UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cargill, Incorporated, | Civil No. 06-257 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Man Financial Inc., | |
| Defendant. | |

Based on the Stipulation for Dismissal submitted by the parties, which is approved by the Court, **IT IS HEREBY ORDERED** that this matter is **DISMISSED** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to either party as against the other.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   April  7, 2006

s/Paul A. Maguson
Paul A. Magnuson
United States District Court Judge

1890592v1